# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00653-CR

**The State of Texas, Appellant**

**v.**

**Michael Yanez, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT
## NO. D-1-DC-13-201573, THE HONORABLE CLIFFORD BROWN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant, the State of Texas, has filed a motion to dismiss this appeal. We grant the motion and dismiss the appeal.[1] *See* Tex. R. App. P. 42.2(a).

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed on Appellant's Motion

Filed: March 11, 2015

Do Not Publish

---

[1] In the motion, the State also requests that the issuance of the mandate be expedited based on the parties' agreement. We grant the State's request. *See* Tex. R. App. P. 18.1(c).